**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 1 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 0͡ - CV - 01058 -6N6

(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)

JOJO HAMLIN,

       Plaintiff,

v.

CHERYL SMITH,
CURTIS ROBINETTE,
ALAN TRUJILLO,
RAI TIMMIE,
DANIEL BARBERO,
LOU ARCHULETA, and
ARISTEDES ZAVARAS,

       Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND**
**DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

       Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. §1915, Prisoner Complaint, a Letter to the Court, and a

Temporary Restraining Order.  As part of the court's review pursuant to

D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are

deficient as described in this order.  Notwithstanding the deficiencies, the clerk of the

court will be directed to commence a civil action.  Plaintiff will be directed to cure the

following if he wishes to pursue his claims.  Any papers which the Plaintiff files in

response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)    __    is not submitted

(2)    __    is missing affidavit

(3)    X    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (Account statement submitted is not certified by a prison official.)

(4)    __    is missing required financial information

(5)    __    is missing an original signature by the prisoner

(6)    __    is not on proper form (must use the court's current form)

(7)    __    names in caption do not match names in caption of complaint, petition or habeas application

(8)    __    An original and a copy have not been received by the court. Only an original has been received.

(9)    __    other _____

**Complaint, Petition or Application**:

(10)    __    is not submitted

(11)    __    is not on proper form (must use the court's current form)

(12)    __    is missing an original signature by the prisoner

(13)    __    is missing page nos. ___

(14)    __    uses et al. instead of listing all parties in caption

(15)    __    An original and a copy have not been received by the court. Only an original has been received.

(16)    __    Sufficient copies to serve each defendant/respondent have not been received by the court.

(17)    __    names in caption do not match names in text

(18)    __    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _15th_ day of ___May___, 2007.

BY THE COURT:

_Boyd N. Boland_

BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No.   07 - CV - 01058 -bNb

Jojo Hamlin
Prisoner No. 106098
Fort Lyon Corr. Facility
PO Box 1000 - Unit 8
Fort Lyon, CO 81038

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _5/21/07_

GREGORY C. LANGHAM, CLERK

By:_____
              Deputy Clerk