IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01058-BNB

JOJO HAMLIN,

     Plaintiff,

v.

CHERYL SMITH,
CURTIS ROBINETTE,
ALAN TRUJILLO,
RAE TIMMIE,
DANIEL BARBERO,
LOU ARCHULETA, and
ARISTEDES ZAVARAS,

     Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 4 2007

GREGORY C. LANGHAM
CLERK

---

## ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

Plaintiff, JoJo Hamlin, is a prisoner in the custody of the Colorado Department of Corrections (DOC) who currently is incarcerated at the Fort Lyons, Colorado, Correctional Facility.  Mr. Hamlin initiated this action by filing a *pro se* Prisoner Complaint alleging that his constitutional rights have been violated.  He asks for injunctive and declaratory relief and money damages.

The Court must construe the Complaint liberally because Plaintiff is a *pro se* litigant.  *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).  However, the Court should not act as a *pro se* litigant's advocate.  *See Hall*, 935 F.2d at 1110.  For the reasons stated below, Mr. Hamlin will be ordered to file an Amended Complaint and assert personal participation

by all named parties to the action.

The Court has reviewed the Complaint and finds that it is deficient. Plaintiff must assert personal participation by each named defendant. *See Bennett v. Passic*, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, Mr. Hamlin must name and show how Defendants caused the deprivation of a federal right. *See Kentucky v. Graham*, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each defendant's participation, control or direction, or failure to supervise. *See Butler v. City of Norman*, 992 F.2d 1053, 1055 (10th Cir. 1993).

A defendant may not be held liable on a theory of respondeat superior merely because of his or her supervisory position. *See Pembaur v. City of Cincinnati*, 475 U.S. 469, 479 (1986); *McKee v. Heggy*, 703 F.2d 479, 483 (10th Cir. 1983). With respect to Defendants Rae Timmie, Lou Archuleta, and Aristedes Zavaras, Plaintiff must assert more than that they failed to protect his First, Ninth, and Fourteenth Amendment rights, which were violated by their subordinates.

Although Plaintiff identifies Cheryl Smith as a defendant in the caption of the Complaint, he does not assert what she has done specifically to violate his constitutional rights. Accordingly, it is

ORDERED that Mr. Hamlin shall file **within thirty days from the date of this Order** an Amended Complaint consistent with the requirements of this Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Hamlin, together with a copy of this Order, two copies of a Court-approved Prisoner Complaint form to be

2

used in submitting the Amended Complaint.  It is

FURTHER ORDERED that Plaintiff is instructed to properly complete the complaint form sent to him by the Clerk of the Court, to list all claims and all Defendants in the complaint form, and to state what each Defendant did to violate his constitutional rights.  It is

FURTHER ORDERED that, if Mr. Hamlin fails within the time allowed to file an original and sufficient copies of an Amended Complaint that complies with this Order, to the Court's satisfaction, the action will be dismissed without further notice.

DATED June 14, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  07-cv-01058-BNB

Jojo Hamlin
Prisoner No. 106098
Fort Lyon Corr. Facility
PO Box 1000 - Unit 8
Fort Lyon, CO 81038


I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on 6/14/07


GREGORY C. LANGHAM, CLERK

By: _____
             Deputy Clerk