IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–01058–EWN–KMT

JOJO HAMLIN,

    Plaintiff,

v.

CHERYL SMITH, Assistant Warden,
CURTIS ROBINETTE, Programs Manager,
ALAN TRUJILLO, Security Captain,
RAE TIMMIE, Security Major,
LOU ARCHULETA, Warden, and
ARISTEDES ZAVARAS, Executive Director,

    Defendants.

---

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

---

This matter is before the court on the "Recommendation on Plaintiff's Motion for Temporary Restraining Order" (#32). Plaintiff has objected to the recommendation. I have conducted the requisite *de novo* review of the objections, the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

    **ORDERED** as follows:

    1. The recommendation is ACCEPTED.

    2. The motion for a temporary restraining order (#4) is DENIED.

3. The case is RE-COMMITTED to the magistrate judge for further proceedings.

DATED this 27th day of March, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge