IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–01058–EWN–KMT

JOJO HAMLIN,

    Plaintiff,

v.

CHERYL SMITH, Assistant Warden,
CURTIS ROBINETTE, Programs Manager,
ALAN TRUJILLO, Security Captain,
RAE TIMMIE, Security Major,
LOU ARCHULETA, Warden, and
ARISTEDES ZAVARAS, Executive Director,

    Defendants.

---

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

---

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed August 27, 2008. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

    **ORDERED** as follows:

    1. The recommendation is ACCEPTED.

2. Defendants' Motion to Dismiss Plaintiff's Amended Complaint (#28, filed October 12, 2007) is GRANTED in part and DENIED in part.

3. Plaintiff's claims against all Defendants in their official capacities are dismissed with prejudice as being barred by the Eleventh Amendment;

4. Plaintiff's Claims Two, Six, Seven, and Eight are dismissed with prejudice as being barred by the Eleventh Amendment;

5. Plaintiff's claims against Defendant Smith in her individual capacity in Claim Four is dismissed for failure to allege personal participation;

6. Defendants Timmie, Archuleta, and Zavaras are dismissed as Defendants for Plaintiff's failure to allege personal participation;

7. Plaintiff's claims against all defendants in their individual capacities under RLUIPA are dismissed with prejudice;

8. Plaintiff's damages claims under RLUIPA are dismissed with prejudice;

9. Plaintiff's state law claims are dismissed with prejudice for lack of jurisdiction; and

10. Defendants' Motion is DENIED as to Plaintiff's constitutional violation claims, One, Three, Four, and Five, to the extent he is able to establish them, as he may be entitled to injunctive relief and an award of nominal damages in the sum of one dollar.

DATED this 10th day of September, 2008.

BY THE COURT:

s/ Edward W. Nottingham
Chief United States District Judge