IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–01058–EWN–KMT

JOJO HAMLIN,

    Plaintiff,

v.

CHERYL SMITH, Assistant Warden,
CURTIS ROBINETTE, Programs Manager,
ALAN TRUJILLO, Security Captain,
RAE TIMMIE, Security Major,
LOU ARCHULETA, Warden, and
ARISTEDES ZAVARAS, Executive Director,

    Defendants.

---

## **ORDER**

---

This matter is before the court on a motion (#57) to object to the magistrate judge's recommendation that Defendants' motion to dismiss be granted in part and denied in part. The court will consider the "motion" as an objection to the magistrate judge's recommendation. The court, having reviewed the motion, sees nothing in it which would undercut the court's order accepting the recommendation. Accordingly, it is

    **ORDERED** that the motion (#57) be DENIED and that the objections be OVERRULED.

Dated this 16th day of September, 2008.

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                Chief United States District Judge