IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01058-MJW-KMT

JOJO HAMLIN,

Plaintiff,

v.

CHERYL SMITH,
CURTIS ROBINETTE, and,
ALAN TRUJILLO,

Defendant.

**ORDER DIRECTING REASSIGNMENT TO ANOTHER MAGISTRATE JUDGE**

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

This case was referred to Magistrate Judge Michael J. Watanabe pursuant to an Order Referring Case to Magistrate Judge Under 28 U.S.C. § 636(c) issued by Judge Marcia S. Krieger on October 8, 2009. (Docket No. 91). Pursuant to D.C.Colo.LCivR 72.2(E), upon entry of such an order of reference, "the civil action will be reassigned to a magistrate judge by random draw, excluding the magistrate judge previously assigned." Here, Magistrate Judge Watanabe was the original magistrate judge assigned to this matter (see Docket No. 14). Furthermore, this court issued a report and recommendation in this case in November 2007. (See Docket No. 32). Consequently, although the case was subsequently reassigned to Magistrate Judge Tafoya following her appointment (Docket No. 36), under the circumstances presented

2

here, it is hereby

**ORDERED** that the Clerk of Court shall reassign this civil action by random draw to another magistrate judge, excluding both Magistrate Judge Watanabe and Magistrate Judge Tafoya.

Done this 27th day of October, 2009.

BY THE COURT:

s/ Michael J. Watanabe
MICHAEL J. WATANABE
United States Magistrate Judge