IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 07-cv-01058-CBS-KMT

JOJO HAMLIN,
    Plaintiff,
v.

CHERYL SMITH, Assistant Warden,
CURTIS ROBINETTE, Programs Manager,
ALAN TRUJILLO, Security Captain,
RAE TIMMIE, Security Major,
LOU ARCHULETA, Warden, and
ARISTEDES ZAVARAS, Executive Director,
    Defendants.
_____

ORDER AND ORDER OF REFERENCE
_____

This civil action comes before the court on several matters:

I.    Consent to Proceed by Magistrate Judge

By an Order dated October 8, 2009, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2.  (*See* doc. # 91).  All previously scheduled matters will now be handled by Magistrate Judge Shaffer at the Alfred A. Arraj United States Courthouse, Courtroom A-402, 4th Floor, 901 Nineteenth St., Denver, Colorado 80294.  Magistrate Judge Shaffer's chambers telephone number is (303) 844-2117.  All future filings in this case shall be filed in the United States District Court for the District of Colorado under the caption **Civil Action No. 07-cv-01058-CBS-KMT**.

II.     Order of Reference

The Order of Reference dated July 26, 2007 (doc. # 14) and the Amended Order of Reference dated November 10, 2008 (doc. # 67) are hereby VACATED.  This matter is now referred to United States Magistrate Judge Kathleen M. Tafoya *for settlement purposes only*, to convene such settlement conferences and direct related proceedings as may facilitate settlement of this case.

III.    Further Proceedings

A Status Conference shall be held by Magistrate Judge Shaffer in Courtroom A-402, 4th Floor, on **Wednesday December 9, 2009 at 9:15 a.m.**  Mr. Hamlin or his case manager shall arrange for his participation via telephone and shall call (303) 844-2117 at the scheduled time.

The Clerk of Court is hereby requested to send a copy of this Order to Mr. Hamlin's case manager at Bent County Correctional Facility (BCCF) 11560 Road FF75, Las Animas, CO 81054-9573.

DATED at Denver, Colorado, this 28th day of October, 2009.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge