IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01058-CBS-KMT

JOJO HAMLIN,
    Plaintiff,
v.

CHERYL SMITH, Assistant Warden,
CURTIS ROBINETTE, Programs Manager, and
ALAN TRUJILLO, Security Captain,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Hamlin's oral request made at the Status Conference on April 30, 2010 to place this case on the list for which counsel may volunteer. On October 8, 2009, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (*See* doc. # 91).

    This action is proceeding on Claims One, Three, Four, and Five against Defendants Smith, Robinette, and Trujillo in their individual capacities for injunctive relief and/or nominal damages. Defendants' Motion for summary judgment shall be filed today, April 30, 2010, and Mr. Hamlin's response is due on May 24, 2010. No trial date has yet been set.

    While indigent civil litigants have no constitutional or statutory right to be represented by a lawyer, *Merritt v. Faulkner*, 697 F.2d 761, 763 (7th Cir. 1983), in

its discretion the court "may request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1). The court may request legal counsel for Mr. Hamlin by placing this case on the list of cases for which counsel may choose to volunteer. Accordingly,

IT IS ORDERED that the court requests that the Clerk of the Court place this case on the list of cases for which counsel may choose to volunteer. Mr. Hamlin is reminded that this Order does not guarantee that a lawyer will volunteer to represent him. Mr. Hamlin must continue to proceed *pro se* as necessary.

DATED at Denver, Colorado, this 30th day of April, 2010.

BY THE COURT:


   s/Craig B. Shaffer  
United States Magistrate Judge